IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRY CONKLIN                                                                                    PLAINTIFF

v.                                        Case No. 6:26-cv-6033

FRANK BISIGNANO,
Commissioner Social Security Administration                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation (ECF No. 13) filed July 15, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation (ECF No. 13) is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation. ECF No. 13. Defendant's Unopposed Motion for Reversal and Remand (ECF No. 12) is **GRANTED**. This decision of the Administrative Law Judge is **REVERSED**, and this case is **REMANDED** to the Commissioner for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 6th day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge