IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRY CONKLIN

PLAINTIFF

v. Case No. 6:26-cv-6033

FRANK J. BISIGNANO, Commissioner
Social Security Administration

DEFENDANT

# ORDER

Before the Court is the Report and Recommendation filed on September 21, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Comstock recommends that Plaintiff's Unopposed Motion for Attorney's Fees (ECF No. 16) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court **ADOPTS** the Report and Recommendation (ECF No. 17) in its entirety. Plaintiff's motion (ECF No. 16) is **GRANTED**, and Plaintiff is awarded attorney/paralegal fees in the amount of $8,800.00.

**IT IS SO ORDERED**, this 7th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge